IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN SCHWARTZ JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION, LLC, )<br>)<br>Defendant. )<br>) | Case No.: 1:07-cv-01089-CCB |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Trans Union LLC, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party to bear its own costs and attorney's fees.

Respectfully submitted this 22nd Day of May, 2007,

_____
Robyn Schwartz Jones
5650 Mondell Road
Sharpsburg, MD 21782
*Plaintiff Pro Se*

_____
H. Mark Stichel, Esq.
GOHN, HANKEY & STICHEL, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD 21201
*Counsel for Trans Union, LLC*

SO ORDERED:

_____
J.

DATED: